# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Chufei Wang, | Case No. 26-cv-7378 |
| Plaintiff, | |
| v. | |
| THE DEFENDANT IDENTIFIED ON SCHEDULE A, | |
| Defendant. | |

## MOTION FOR EXTENSION OF TEMPORARY RESTRAINING ORDER

Plaintiff Chufei Wang ("Plaintiff"), through its counsel and pursuant to Fed. R. Civ. P. 65, hereby moves this Court to extend the Temporary Restraining Order, issued on August 5, 2026, for an additional fourteen (14) days to September 2, 2026 beyond its original expiration on August 19, 2026, for good cause shown in the Memorandum in Support of the Motion for Extension of Temporary Restraining Order.

Dated August 13, 2026.

Respectfully submitted
By: /s/ *Yifeng Hao*
Bar No. 63832
Phone: 909-284-1929
2108 N ST STE 8330
Sacramento, CA 95816
Terence.hao@aliothlaw.com
*Attorney for Plaintiff*

1