**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHUFEI WANG,
Plaintiff,

Case No. 1:26-cv-07378
Honorable Elaine E. Bucklo

v.

THE DEFENDANTS IDENTIFIED ON SCHEDULE A,
Defendants.
_________________________________/

**JOINT STIPULATION TO MODIFY ASSETS RESTRAINED UNDER THE TEMPORARY RESTRAINING ORDER AS TO DEFENDANT EYLIDEN US**

Plaintiff Chufei Wang ("Plaintiff") and Defendant Eyliden US (Amazon Store ID: A1O9ZVT18CDQAF) (the "Stipulating Defendant"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. On August 5, 2026, the Court entered a Sealed Temporary Restraining Order (the "TRO") (ECF No. 12) restraining, among other things, certain assets of the Defendants identified on Schedule A, including assets associated with the Stipulating Defendant's Amazon storefront (Amazon Store ID: A1O9ZVT18CDQAF).

2. The parties are engaged in ongoing settlement discussions and anticipate that a motion for preliminary injunction may be filed and remain pending.

3. To facilitate settlement negotiations and while any motion for preliminary injunction remains pending, the parties jointly request that the Court modify the asset restraint imposed by the TRO solely as to the Stipulating Defendant as follows:

a. The amount of assets restrained in connection with the Stipulating Defendant's Amazon storefront (Amazon Store ID: A1O9ZVT18CDQAF) shall be limited to Twenty-Seven Thousand Dollars ($27,000.00).

b. Any funds or assets associated with the Stipulating Defendant's Amazon storefront in excess of $27,000.00 shall be released and made available to the Stipulating Defendant.

c. Even if a preliminary injunction is entered, the restraint on the Stipulating Defendant's assets associated with Amazon Store ID: A1O9ZVT18CDQAF shall not exceed $27,000.00.

d. If no preliminary injunction is entered, all restraints on the Stipulating Defendant's assets associated with Amazon Store ID: A1O9ZVT18CDQAF shall be fully lifted and the account fully released.

e. All the rest conditions and terms of TRO shall remain in place.

4. This Stipulation is limited to the Stipulating Defendant (Eyliden US, Amazon Store ID: A1O9ZVT18CDQAF) and does not affect the TRO or any other restraints as to any other Defendant.

5. The parties request that the Court enter an order approving and implementing this Stipulation.

Dated: August 17, 2026

Respectfully submitted,

For Plaintiff Chufei Wang:

By: /s/ Yifeng Hao
Yifeng Hao
Alioth Law P.C.
Bar No. 63832
2108 N ST STE 8330

Sacramento, CA 95816
Phone: 909-284-1929
Terence.hao@aliothlaw.com
Attorney for Plaintiff

For Defendant Eyliden US:

/s/ Jianyin Liu
Jianyin Liu, Esq.
Florida Bar No. 1007675
The Law Offices of James Liu PLLC
9000 SW 157th St
Palmetto Bay, FL 33157
Tel: (305) 209-6188
Email: jamesliulaw@gmail.com
Former Counsel for Defendant chuxuan us

**CERTIFICATE OF SERVICE**

I certify that on August 17, 2026, a true and correct copy of the foregoing was served via CM/ECF on all counsel of record.

/s/ Jianyin Liu